UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

Plaintiff,

v.

CBI SERVICES, LLC,

Defendant.

C26-3219 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case is hereby DESIGNATED for mediation pursuant to Local Civil Rule 39.1(c). The parties are DIRECTED to conduct mediation in accordance with LCR 39.1(c) and to file a joint certification of compliance on or before December 17, 2027.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk